**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ARVEL JERMAINE WESLEY**                                           **PLAINTIFF**

**vs.**

                                                             **CIVIL ACTION NO.: 3:14-CV-416-HTW-LRA**

**M. MARTIN, COMPLEX WARDEN**                                   **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE WITHOUT PREJUDICE**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket No. 31]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket No. 31]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit for failure to exhaust administrative remedies without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this   26th      day of  April        , 2017.**

                                                   **s/  HENRY T. WINGATE                    
                                                   UNITED STATES DISTRICT COURT JUDGE**